

SCOTT
|
SCOTT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 1 4 2016

WALTER W. NOSS

Writer's Direct Dial Number
(619) 798-5301

Writer's Direct Email Address
wnoss@scott-scott.com

March 14, 2016

**VIA ECF**

Hon. Katherine B. Forrest
U.S. District Court for the
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

    Re:    *FUJIFILM Manufacturing, U.S.A., Inc. v. The Goldman Sachs Group, Inc.,*
          No. 1:15-cv-08307-KBF

Dear Judge Forrest:

    We write to respectfully request that your Honor endorse the addition of defendant Pacorini Metals Vlissingen B.V. to the docket in lieu of defendant Pacorini Vlissingen BV. While Fujifilm's Amended Complaint correctly identified defendant Pacorini Metals Vlissingen B.V. in footnote 1, the word "Metals" was inadvertently omitted from its identification in paragraph 65 of the Parties section. As a result of our error, Pacorini Vlissingen BV was added to the docket as a defendant.

    The intake clerk has informed us that in order to add the proper name of the defendant to the docket, we need an endorsement from the Court. We would like to get the name of the proper entity on the docket so that we can get an Amended Summons issued and move forward with service of process.

    We thank the Court's for its attention to this matter and apologize for any inconvenience our inadvertent omission has caused.

*Ordered*

Do defendants object? If so, they should let me know why. KBF. ___ 3/14/16

Very truly yours,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

s/ Walter W. Noss
WALTER W. NOSS

CALIFORNIA
CONNECTICUT
NEW YORK
OHIO

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 BROADWAY
SUITE 1000
SAN DIEGO, CA 92101

619 233-4565 VOICE
619 233-0508 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM