UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――― x
In re ALUMINUM WAREHOUSING         :   No. 13 MD 2481 (KBF)
ANTITRUST LITIGATION               :
                                   :   CLASS ACTION
―――――――――――――――――――――――――――        :
                                   :   JOINT [PROPOSED] SCHEDULING
This Document Relates To:          :   ORDER
                                   :
*In re Aluminum Warehousing Antitrust* :
*Litigation* (Direct Purchaser Plaintiffs), :
Case No. 1:14-cv-03116-KBF (S.D.N.Y.); :
*Agfa Corporation and Agfa Graphics, N.V. v.* :
*The Goldman Sachs Group, Inc.*,   :
Case No. 1:14-cv-0211-KBF (S.D.N.Y.); *Mag* :
*Instrument, Inc. v. The Goldman Sachs Group,* :
*Inc.*, Case No. 1:14-cv-00217-KBF (S.D.N.Y.); :
*Eastman Kodak Company v. The Goldman* :
*Sachs Group, Inc.*, Case No. 1:14-cv-06849- :
KBF (S.D.N.Y.); *FUJIFILM Manufacturing* :
*U.S.A., Inc. v. Goldman Sachs & Co.*, Case No. :
1: 15-cv-08307-KBF (S.D.N.Y.).      :
                                   :
―――――――――――――――――――――――――――― x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 13 2016

For the good cause set forth during the June 9, 2016 telephonic status conference and for the reasons stated on the record, the following dates and deadlines shall govern the remainder of this action:

1. Fact discovery, except to the extent stated below, closed on **May 13, 2016**.

    (a) Each side may conduct up to and including 10 depositions of their choice (inclusive of any third-party depositions) not later than **June 13, 2016**.

2. Opposition briefs on plaintiffs' motion for class certification (ECF No. 932) shall be due not later than **July 8, 2016**.

    (a) Reply briefs shall be due not later than **August 5, 2016**.

    (b) Oral argument shall be heard on **September 8, 2016 at 2:00 p.m.**

3. Expert discovery shall close on **March 17, 2017**.

    *[handwritten margin note: Court expects to rule on class cert. by mid-October 2016 (KBF)]*

    (a) Plaintiffs' expert reports shall be produced not later than **November 4, 2016**.

    (b) Defendants' expert reports shall be produced not later than **February 1, 2017**.

    (c) Plaintiffs' reply expert reports shall be produced not later than **March 3, 2017**.

    (d) Expert depositions shall be completed by **March 17, 2017**.

4. Motions for summary judgment shall be due not later than **March 21, 2017**.

    (a) Oppositions shall be due not later than **April 26, 2017**.

    (b) Replies shall be due not later than **May 24, 2017**.

5. Trial shall commence on **July 10, 2017**.

    (a) The Final Pretrial Conference ("FPTC") is set for **June 29, 2017 at 2:00 p.m.**

    (b) Motions *in limine* are due on **May 31, 2017**; oppositions are due **June 16, 2017**.

        (c)      Daubert motions are due on May 31, 2017; oppositions are due **June 16, 2017**
(no replies).

        (d)      Pretrial materials, including the Joint Pretrial Order, are due not later than **July 3, 2017**.

DATED: 6/13/16

THE HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE