

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Almaty
Beijing
Buenos Aires
Dubai
Frankfurt
Geneva
Houston
London

Mexico City
Milan
Muscat
Nur-Sultan
Paris
Rome
Washington, D.C.

101 Park Avenue
New York, New York 10178-0061

Telephone +1 212 696 6000
Facsimile +1 212 697 1559
www.curtis.com

**Eliot Lauer**
Tel: +1 212 696 6192
Fax: +1 917 368 8992
E-Mail: elauer@curtis.com

May 12, 2020

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Letter Motion for Approval of Redacted Filing in FUJIFILM Manufacturing U.S.A., Inc. v. Goldman Sachs & Co., Case No. 1:15-cv-08307-PAE (S.D.N.Y.)*

Dear Judge Engelmayer,

We write on behalf of Defendant Glencore International AG ("GIAG") in reference to the Answer being filed today by GIAG in response to the Amended Complaint of Plaintiff FUJIFILM Manufacturing U.S.A., Inc. ("Plaintiff"), dated February 4, 2016 (the "Amended Complaint"). Plaintiff's Amended Complaint was filed "under seal pursuant to the Protective Order entered in the case (ECF No. 38¹) and the Court's Order, ECF No. 100." (ECF. No. 104, Plaintiff FujiFilm Manufacturing U.S.A. Inc.'s Notice of Filing Under Seal Pursuant to the Court's Order) The pertinent redacted allegations of the Amended Complaint were based on Discovery Material designated as Confidential.

Accordingly, in order to prevent improper public disclosure of protected information, GIAG respectfully requests leave of the Court to file its Answer under seal. To the extent that GIAG's Answer contains responses based on information designated as Confidential, GIAG has redacted such responses. Pursuant to Section (4)(B)(2) of Your Honor's Individual Rules and Practices in Civil Cases, GIAG is: "(a) publicly fil[ing] the document with the proposed redactions, and (b) electronically fil[ing] under seal a copy of the unredacted document with the proposed redactions highlighted" through the ECF system.



**Curtis, Mallet-Prevost, Colt & Mosle LLP**

The Honorable Paul A.
Engelmayer
May 12, 2020
Page 2

We are available to discuss this request at the Court's convenience.

Respectfully submitted,

*/s/ Eliot Lauer*
Eliot Lauer

cc: All counsel (via ECF)

5/13/2020

The Court has reviewed the proposed redactions and grants the requests of Glencore International AG and Access World (Vlissingen) B.V. to file their answers under seal, Dkts. 186, 189.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge