June 18, 2020

**VIA ECF**

Honorable Paul A. Engelmayer
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *In re Aluminum Warehousing Antitrust Litigation*, 13-md-2481
     *Fujifilm Manufacturing U.S.A., Inc. v. Goldman Sachs & Co.,* 15-cv-8307
     *Reynolds Consumer Products LLC v. Glencore AG*, 16-cv-5955

Dear Judge Engelmayer:

Pursuant to the Court's June 5, 2020 Order (Fujifilm Dkt., ECF No. 204; Reynolds/Southwire Dkt., ECF No. 169), plaintiffs Fujifilm Manufacturing U.S.A., Inc., Reynolds Consumer Products LLC, and Southwire Company, LLC and defendants Glencore International AG and Access World (Vlissingen) B.V. write to update the Court with respect to their discovery negotiations.

The parties have reached an agreement on search parameters for defendants' documents. The parties request that they be permitted until Monday, June 22, to submit a letter to the Court setting forth a proposed discovery schedule.

Respectfully submitted,

| | |
|---|---|
| SCOTT+SCOTT ATTORNEYS AT LAW LLP | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| /s/ Walter W. Noss | s/ Eliot Lauer |
| Walter W. Noss | Eliot Lauer |
| *Counsel for Fujifilm Manufacturing U.S.A., Inc.* | *Counsel for Glencore International AG and Access World (Vlissingen) B.V.* |

PALMERSHEIM & MATHEW LLP

/s/ Robert J. Palmersheim
Robert J. Palmersheim
*Counsel for Reynolds Consumer Products LLC and Southwire Company, LLC*