

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Almaty
Beijing
Bogotá
Buenos Aires
Dubai
Frankfurt
Geneva
Houston

London
Mexico City
Milan
Muscat
Nur-Sultan
Paris
Rome
Washington, D.C.

101 Park Avenue
New York, New York 10178-0061

Telephone +1 212 696 6000
Facsimile +1 212 697 1559
www.curtis.com

**Eliot Lauer**
Tel: +1 212 696 6192
Fax: +1 917 368 8992
E-Mail: elauer@curtis.com

June 22, 2020

**VIA ECF**

Honorable Paul A. Engelmayer
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Aluminum Warehousing Antitrust Litigation*, 13-md-2481
      *Fujifilm Manufacturing U.S.A., Inc. v. Goldman Sachs & Co.*, 15-cv-8307
      *Reynolds Consumer Products LLC v. Glencore AG*, 16-cv-5955

Dear Judge Engelmayer:

Pursuant to the parties' joint letter of June 18, 2020 (Fujifilm Dkt., ECF No. 205; Reynolds/Southwire Dkt., ECF No. 171), defendants Glencore International AG and Access World (Vlissingen) B.V. write to propose a discovery schedule for the Court's consideration. Defendants propose a deadline of September 30, 2020 for substantial completion of their productions of data and documents, pursuant to the discovery parameters agreed to by the parties. Defendants expect to make their data and document productions on a rolling basis, with their first production approximately 30 days from today.

Respectfully submitted,

/s/ Eliot Lauer
Eliot Lauer
*Counsel for Glencore International
 AG and Access World (Vlissingen)
 B.V.*

6/22/20

Granted.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge