UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ALUMINUM WAREHOUSING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Agfa Corporation and Agfa Graphics, N.V. v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-0211-PAE (S.D.N.Y.)<br><br>*Mag Instrument, Inc. v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-00217-PAE (S.D.N.Y.)<br><br>*Eastman Kodak Company v. The Goldman Sachs Group, Inc.*, Case No. 1:14-cv-06849-PAE (S.D.N.Y.)<br><br>*FUJIFILM Manufacturing U.S.A., Inc. v. Goldman Sachs & Co*., Case No. 1:15-cv-08307-PAE | MDL No. 2481<br><br>Master Docket No. 13-md-2481 (PAE) |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Plaintiffs Agfa Corporation and Agfa Graphics N.V., Mag Instrument, Inc., Eastman Kodak Company, and Fujifilm Manufacturing USA, Inc., by and through their counsel Scott+Scott Attorneys at Law LLP, hereby move this Court for an Order allowing Stephanie A. Hackett to withdraw as counsel for Agfa Corporation and Agfa Graphics N.V., Mag Instrument, Inc., Eastman Kodak Company, and Fujifilm Manufacturing USA, Inc., in the above-referenced actions.

Stephanie A. Hackett is no longer associated with the law firm Scott+Scott Attorneys at Law LLP.  There is no retaining or charging lien being asserted.  Scott+Scott will continue to serve as counsel for the above-named Plaintiffs in this matter.

Dated: February 2, 2021

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

s/ Walter W. Noss
Walter W. Noss
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
wnoss@scott-scott.com

*Attorney for Plaintiffs*

Granted.  The Clerk of Court is respectfully directed to terminate Stephanie A. Hackett as counsel in the above-captioned cases.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 3, 2021