UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re ALUMINUM WAREHOUSING           : Civil Action No. 1:13-md-02481-PAE
ANTITRUST LITIGATION                 :
                                     : ORDER TO WITHDRAW BRIAN O.
----------------------------------------------------------------  O'MARA AS ATTORNEY OF RECORD
                                     :
This Document Relates To:            :
                                     :
     ALL ACTIONS.                    :
                                     :
---------------------------------------------------------------- x

4887-2031-8793.v1

The motion of Brian O. O'Mara to withdraw as attorney of record in the above-referenced action is granted.

IT IS HEREBY ORDERED that Brian O. O'Mara be withdrawn as Counsel for First-Level Purchaser Plaintiffs Ampal, Inc., Custom Aluminum Products, Inc., Claridge Products and Equipment, Inc., and Extruded Aluminum Corporation in the above-referenced action.

IT IS SO ORDERED.

DATED: Jan 18, 2023

_Paul A. Engelmayer_
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE