UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re ALUMINUM WAREHOUSING          :    Civil Action No. 1:13-md-02481-PAE
ANTITRUST LITIGATION                :
                                    :    ORDER TO WITHDRAW CARMEN A.
---------------------------------- :    MEDICI AS ATTORNEY OF RECORD
                                    :
This Document Relates To:           :
                                    :
    ALL ACTIONS.                    :
                                    :
---------------------------------------- x

4861-0123-7833.v1

The motion of Carmen A. Medici to withdraw as attorney of record in the above-referenced action is granted.

IT IS HEREBY ORDERED that Carmen A. Medici be withdrawn as Counsel for First-Level Purchaser Plaintiffs Ampal, Inc., Custom Aluminum Products, Inc., Claridge Products and Equipment, Inc., and Extruded Aluminum Corporation in the above-referenced action.

IT IS SO ORDERED.

DATED: Jan. 18 2023

*Paul A. Engelmayer*
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE